# EXHIBIT A

Dear Judge Engelmayer,

I want you to know that I fully understand that what I did was wrong and that I am deeply sorry for what I did. I fully comprehend the extent of the damage I caused. In my path of destruction, I did not only destroy myself, but I shattered an innocent life for selfish reasons. My actions have not only haunted me from the moment I was arrested but since the moment I did it. And for that I'm truly sorry. I understand that those are just words but at the moment there is really nothing I can do to repair the damage I caused.

I became a parent's worst nightmare, the boogie man. I broke friendships that I will never be able to gain back, even worse I lost the trust of so many. I want to apologize to my family, who have stayed with me throughout this journey. I also want to apologize to my business partner, who was also my friend and mentor, for betraying her and ruining her business's reputation. Most of all I want apologize to the person I harmed and to the parents. I am not asking for forgiveness, because before I can do that I believe I must first be able to forgive myself, and forgive myself for everything: making poor choices, acting without thinking, and knowing that it was wrong and still going through with it.

But I understand now that the only way I can work towards forgiving myself is by understanding myself and my actions, and work on becoming a better person. Since childhood it has been hard for me to express what I truly feel. For so many of years of my life I kept my true feelings, emotions, sadness, fear, and struggles behind a mask. When I started viewing those images, I ignored the voice in my head telling me that what I was doing was wrong. I pretended like everything was fine, but in reality I was going down a very dark path.

I understand now that what I should have done at that time was ask for help before things got even worse. Since my arrest I have worked every day to better myself and become a more open and thoughtful individual. I have been working hard to reflect on my actions. I have been meeting with Brittany for over a year, I have met with two psychologists, and have also met with the psychiatrist here at the MDC. I have learned ways to express myself instead of keeping everything inside. Even though I am still working on communicating myself with the spoken word, I have learned that poetry and journaling are

ways for me to express myself freely. It's also a way for to let my true feelings and emotions out. Whether I am angry, anxious, depressed, or excited, I know that I can take a pen and paper and better understand my emotions. I look forward to my poetry group every Tuesday night where I can share what I have written.

I understand that this process will take time and effort. I think I've come a long way, but I know I still have a long way to go. I'm willing to do everything I possibly can towards my goal of rehabilitating myself. What I'm trying to say is that I am here asking you for a second chance, a second chance to understand and correct and learn and evolve. To become a better human being, to work on myself. I cannot fix the past, but I can work on becoming better for the future. I promise that I will never do anything like this ever again.

Your Honor, I want to thank you for the chance to address you directly, and today I hope you can have a better understanding of my character. I know no sin goes unpunished, and I accept any punishment you see fit. I will take that time to reflect on my actions and rehabilitate myself. I promise that this won't be the definition of who I am. Finally, I want to say sorry once again for the harm I caused. With the best regards.

Sincerely,
Silfredo Castillo