UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

  - v. -

SILFREDO CASTILLO MARTINEZ,

  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT ~~PRELIMINARY~~ ORDER
OF FORFEITURE/
MONEY JUDGMENT

24 Cr. 173

WHEREAS, on or about March 21, 2024 SILFREDO CASTILLO MARTINEZ (the "Defendant"), was charged in an Information, 24 Cr. 173 (the "Information"), with sexual exploitation of a child, in violation of Title 18, United States Code, Sections 2251(a) and (e), and 2 (Count One); receipt and distribution of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1) (Count Two); possession of child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and(b)(2) (Count Three);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Three of the Information, pursuant to Title 18, United States Code, Section 2253, of any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the commission of the offenses charged in Counts One through Three of the Information, and any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses charged in Counts One through Three of the Information or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds obtained from the commission of the offenses charged in Counts One through Three of the Information, and various specific property;

WHEREAS, on or about May 3, 2022, the Government seized from the Defendant on Decatur Avenue, Bronx, New York, electronic devices including the following:

      a. A custom Asus desktop with three hard drives;

      b. A RSHTECH external hard drive

      c. An HGST external 500GB 4TB hard drive;

      d. A Seagate external 500GB hard drive

      e. A Samsung SM-S908U cellphone

      f. A Samsung SM-G988U cellphone

      g. A Samsung S10+ cellphone

(a. through g. collectively, the "Specific Property")

      WHEREAS, on or about March 21, 2024 the Defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Information and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all right, title and interest of the Defendant in the Specific Property;

      WHEREAS, the Defendant further consents to the forfeiture of all his right, title and interest in the Specific Property, which constitute personal property used or intended to be used to commit, or to promote the commission of the offense charged in Count One of Information; and

      WHEREAS, pursuant to Title 21, United States Code, Section 853(g), and Rules 32.2(b)(3), and 32.2(b)(6) of the Federal Rules of Criminal Procedure, the Government is now entitled, pending any assertion of third-party claims, to reduce the Specific Property to its possession and to notify any and all persons who reasonably appear to be a potential claimant of their interest herein;

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Jaclyn Delligatti, of counsel, and the Defendant and his counsel, Michael Arthus, Esq., that:

1. As a result of the offense charged in Count One of the Information, to which the Defendant pled guilty, all of the Defendant's right, title and interest in the Specific Property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of Title 21, United States Code, Section 853.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture as to Specific Property is final as to the Defendant SILFREDO CASTILLO MARTINEZ, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. Upon entry of this Consent Preliminary Order of Forfeiture as to Specific Property, the United States (or its designee) is hereby authorized to take possession of the Specific Property and to hold such property in its secure custody and control.

4. Pursuant to Title 21, United States Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Certain Admiralty and Maritime Claims and Asset Forfeiture Actions, the United States is permitted to publish forfeiture notices on the government internet site, www.forfeiture.gov. This site incorporates the forfeiture notices that have been traditionally published in newspapers. The United States forthwith shall publish the internet ad for at least thirty (30) consecutive days. Any person, other than the Defendant, claiming interest in the Specific Property must file a Petition within sixty (60) days from the first day of publication of the Notice

on this official government internet web site, or no later than thirty-five (35) days from the mailing of actual notice, whichever is earlier.

5. The published notice of forfeiture shall state that the petition (i) shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the Specific Property, (ii) shall be signed by the petitioner under penalty of perjury, and (iii) shall set forth the nature and extent of the petitioner's right, title or interest in the Specific Property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the Specific Property, any additional facts supporting the petitioner's claim, and the relief sought, pursuant to Title 21, United States Code, Section 853(n).

6. Pursuant to 32.2 (b)(6)(A) of the Federal Rules of Criminal Procedure, the Government shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

7. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture with respect to the Specific Property pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

8. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

9. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

10. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

11. The signature page of this Consent Preliminary Order of Forfeiture as to Specific Property may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____        6/25/24
    Jaclyn Delligatti                       DATE
    Assistant United States Attorney
    26 Federal Plaza
    New York, NY 10007
    (212) 637-2559

SILFREDO CASTILLO MARTINEZ

By: _____        6/25/24
    SILFREDO CASTILLO MARTINEZ              DATE

By: _____        6/25/24
    Michael Arthus, Esq.                    DATE
    Federal Defenders of New York
    Attorney for Defendant
    52 Duane Street, 10th Floor
    New York, NY 10007

SO ORDERED:

_____             6/27/24
HONORABLE PAUL A. ENGELMAYER                DATE
UNITED STATES DISTRICT JUDGE